In the
United States Court of Appeals
for the Sixth Circuit

John Doe; Michael Lewis Ericksen,

    Plaintiffs-Appellants,

                              6th Cir. No. 17-1526

    v.

United States of America,

    Defendant-Appellee.

## Motion to Reform Caption or to
## Dismiss Appeal of John Doe

Plaintiffs have appealed the entry of judgment in favor of the United States in an action under the Federal Tort Claims Act. Michael Ericksen filed the complaint on behalf of himself and his son, Daniel Ericksen, after his *Bivens* suit against individual Customs and Border Protection (CPB) officers was dismissed and the dismissal was affirmed. *D.E. v. John Doe*, 834 F.3d 723 (6th Cir. 2016). The complaint was filed in the names of "John Doe" and Michael Ericksen, without the permission of the district court.

After the government argued that the court lacked jurisdiction over a party who proceeded only under a pseudonym without

permission of the court (R. 7: Motion to Dismiss, 37-38), plaintiffs sought permission for Daniel Erickson to file the complaint and litigate as "John Doe." (R. 10: Motion for Order Waiving Strict Compliance with FRCP 10(a), 115-24). The district court denied Daniel Erickson's motion to proceed anonymously. (R. 18: Order, 186-93). Two months later, the court entered an order granting the government's motion to dismiss (R. 19) and a judgment (R. 20). The captions of both those documents identified Daniel Erickson rather than John Doe as the first named plaintiff.

　　The plaintiffs' timely notice of appeal, however, identified the plaintiffs again as "John Doe" and Michael Erickson. (R. 21). The notice of appeal specified that in addition to the order granting the motion to dismiss, the plaintiffs intended to appeal the district court's order denying their motion to disqualify the judge. It did not mention appealing the order denying Daniel Ericksen permission to proceed anonymously.

　　Because the district court clerk's office did not change the caption on its docket after the district court denied Daniel Ericksen's motion to proceed anonymously, and because Ericksen filed his notice of appeal as "John Doe," this Court understandably docketed the appeal as "John

Doe; Michael Ericksen v. United States." (Docketing letter of May 8, 2017). However, the correct caption is "Daniel Erickson; Michael Ericksen v. United States" to conform with the final order and judgment.

In the alternative, Daniel Erickson's appeal should be dismissed because the notice of appeal does not name him as a party taking the appeal as required by Federal Rule of Appellate Procedure 3(c)(1)(A). *Raley v. Hyundai Motor Co.,* 642 F.3d 1271, 1274 (10th Cir. 2011).

The Court should change the official caption of this case to substitute "Daniel Ericksen" for "John Doe" or it should dismiss the appeal as to John Doe. It should also require the plaintiffs to file a corrected brief with the proper caption.

                                          Respectfully submitted,

                                          Daniel Lemisch
                                          Acting United States Attorney

                                          /s/ Patricia Gaedeke
                                          Assistant U.S. Attorney
                                          United States Attorney's Office
                                          211 West Fort Street, Suite 2001
                                          Detroit, MI 48226
                                          (313) 226-9516
                                          patricia.gaedeke@usdoj.gov

Dated:  June 22, 2017

## Certificate of Service

I certify that on Thursday, June 22, 2017, I electronically filed this Motion with the Clerk of the United States Court of Appeals for the Sixth Circuit using the ECF system, which will send notification of such filing to the following:

>Michael Ericksen
>mlericksen@yahoo.com

>/s/ Patricia Gaedeke
>Assistant United States Attorney